ELIZABETH A. SPERLING - State Bar No. 231474
esperling@glaserweil.com
ALEXANDER R. MILLER - State Bar No. 294474
amiller@glaserweil.com
JOSEPH D. HADACEK - State Bar No. 303087
jhadacek@glaserweil.com
**GLASER WEIL FINK HOWARD**
  **JORDAN & SHAPIRO LLP**
600 W. Broadway, Suite 1080
San Diego, CA 92101
Telephone:  (619) 765-4380
Facsimile:   (619) 483-0646

Attorneys for Defendant
Everi Games Inc.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| JOSE VALENZUELA, individually and on behalf of all others similarly situated, Plaintiffs, v. EVERI GAMES INC., and DOES 1 through 10, inclusive, Defendants. | Case No.: 2:24-cv-00257-PA-JPR<br><br>Assigned to Hon. Percy Anderson<br><br>**DEFENDANT EVERI GAMES INC.'S REQUEST FOR JUDICIAL NOTICE ISO MOTION TO DISMISS AND/OR STRIKE PLAINTIFF'S FIRST AMENDED COMPLAINT**<br><br>Hearing Date: February 26, 2024<br>Hearing time:  1:30 p.m.<br>Courtroom:  9A<br><br>Date filed: November 17, 2023<br>Removal Date: January 10, 2024 |
|---|---|

1  TO THE COURT, CLERK, ALL PARTIES, AND THEIR COUNSEL OF
2  RECORD:

3     Pursuant to Federal Rule of Evidence 201, Defendant Everi Games Inc. hereby
4  requests that the Court take judicial notice of the following document and the contents
5  thereof:

6     **Exhibit A** is a true and correct copy of the class action complaint filed by
7  Plaintiff's counsel in this case in *Michelle Rizvanovic v. United Parcel Service,*
8  *Inc.*, which was initially filed in the Superior Court of California for the County
9  of Kern, Case No. BCV-21-101599 on July 14, 2021, and later removed to the
10 United States District Court for the Eastern District of California on August 8,
11 2021, in Case No. 21-cv-0127-CDB (*see* Doc. No. 1 at 13-45).

12    Judicial notice may be taken of adjudicative facts in evaluating a motion to
13 dismiss, including documents filed and orders or decisions entered in any federal or
14 state court. *See Asdar Group v. Pillsbury, Madison & Sutro*, 99 F.3d 289, 290, n.1 (9th
15 Cir. 1996) (district court may properly take judicial notice of court orders); *Neilson v.*
16 *Union Bank of Cal., N.A.*, 290 F. Supp. 2d 1101, 1112-15 (C.D. Cal. 2004) ("In addition
17 to the allegations of the complaint, a court may consider exhibits submitted with the
18 complaint, documents whose contents are alleged in the complaint when authenticity is
19 not questioned, and matters that may be judicially noticed pursuant to Federal Rule of
20 Evidence 201.").

21                                  Respectfully submitted,
22  DATED: January 17, 2024         GLASER WEIL FINK HOWARD
                                       JORDAN & SHAPIRO LLP
23
24                                  By: */s/ Elizabeth A. Sperling*
                                        Elizabeth A. Sperling
25                                      Alexander R. Miller
                                        Joseph D. Hadacek
26                                      Attorneys for Defendant
                                        Everi Games Inc.
27
28