# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| JOSE VALENZUELA<br><br>Plaintiff(s),<br><br>v.<br><br>EVERI GAMES INC., et al.<br><br>Defendant(s). | CASE NUMBER:<br><br>2:24−cv−00257−MRA−JPR<br><br><br>**ORDER IN RESPONSE TO NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT** |

In accordance with the Notice to Filer of Deficiencies in Filed Document

**REGARDING:**

|  |  |  |
|---|---|---|
| __3/4/2024__ | __24__ | __Second Amended Complaint__ |
| Date Filed | Document. No. | Title of Document. |

**IT IS HEREBY ORDERED:**

A notice of interested parties shall be filed no later than 5 days from entry of this Order.

DATED: March 6, 2024

_/s/ Monica Ramirez Almadani_
United States District Judge