# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE VALENZUELA,<br><br>                Plaintiff(s),<br><br>    v.<br><br>EVERI GAMES INC., et al.,<br><br>                Defendant(s). | Case No. CV 24-00257-MRA(JPRx)<br><br>**PRETRIAL SCHEDULING ORDER AFTER CASE REASSIGNMENT** |

The Court's Reassignment Order, issued on February 28, 2024, vacated the previously scheduled scheduling conference in this case, but it required the parties to file their Joint Report pursuant to Federal Rule of Civil Procedure 26(f) based on the previously scheduled scheduling conference. (ECF 23). Having now considered the Joint 26(f) Report filed by the parties on February 19, 2024 (ECF 20), as well as the parties' Joint Case Management Report, filed on March 14, 2024 (ECF 28), and finding good cause therefor, the Court hereby sets the following pretrial dates:

//
//

| | |
|---|---|
| Final Pretrial Conference (3:00 p.m.) | July 17, 2025 |
| Opposition to Motions in Limine Filing Deadline | June 26, 2025 |
| Motions in Limine Filing Deadline | June 20, 2025 |
| Settlement Conference Completion Date | June 12, 2023 [Private] |
| Last Date to **HEAR** *Daubert* Motions | May 22, 2025 |
| Last Date to **HEAR** Non-Discovery Motions | April 24, 2024 |
| Expert Discovery Cut-Off | April 10, 2024 |
| Expert Disclosure (Rebuttal) | March 20, 2024 |
| Expert Disclosure (Initial) | February 20, 2024 |
| Non-Expert Discovery Cut-Off | January 31, 2025 |
| Last day to file Motion for Class Certification | October 7, 2024 |
| Last Date to **HEAR** Motions to Amend Pleadings/Add Parties | August 29, 2024 |

**The parties shall comply with the Court's forthcoming Civil Trial Order.** The Court defers setting a trial date until the parties appear for the FPTC. However, the parties are expected to be ready to proceed to trial following the FPTC, and therefore must confer before the FPTC to identify mutually agreeable trial date(s) within 90 days following the conference.

To conform with the Court's presumptive schedule, the schedule set forth above has been adjusted from that proposed by the parties. These dates and deadlines will not be continued except upon a showing of good cause, which generally requires unforeseeable circumstances. *See* Fed. R. Civ. P. 16(b)(4). Failure to conduct discovery diligently or a desire to engage in settlement discussions will not constitute good cause.

IT IS SO ORDERED.

Dated: May 03, 2024

HON. MÓNICA RAMÍREZ ALMADANI
UNITED STATES DISTRICT JUDGE