# EXHIBIT B

| | |
|---|---|
| **From:** | Alexander Miller |
| **To:** | Sang (James) Park |
| **Cc:** | Elizabeth Sperling |
| **Subject:** | Valenzuela / Everi - Meet and Confer |
| **Date:** | Sunday, March 10, 2024 3:57:00 PM |
| **Attachments:** | image001.png |
| | image002.png |
| | image003.png |

Hi James,

Please let us know your availability to meet and confer tomorrow on Everi's forthcoming motion to dismiss and the CMC statement due later this week.

Thanks,
Alex



**Alexander Miller**
ASSOCIATE

Glaser Weil Fink Howard Jordan & Shapiro LLP          amiller@glaserweil.com
600 West Broadway, Suite 1080                         T 619.762.5952
San Diego, CA 92101
glaserweil.com

To send files securely, please click here

This message and any attached documents may contain information from the law firm of Glaser Weil Fink Howard Jordan & Shapiro LLP that is confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.