SANG (JAMES) PARK, SBN 232956
sang@park-lawyers.com
PARK APC
8383 Wilshire Boulevard, Suite 800
Beverly Hills, California 90211
Telephone: (310) 627-2964
Fax: (310) 362-8279

Attorneys for Plaintiff

ELIZABETH A. SPERLING - State Bar No. 231474
esperling@glaserweil.com
ALEXANDER R. MILLER - State Bar No. 294474
amiller@glaserweil.com
GLASER WEIL FINK HOWARD
JORDAN & SHAPIRO LLP
600 W. Broadway, Suite 2150
San Diego, CA 92101
Telephone: (619) 765-4380
Facsimile: (619) 483-0646

Attorneys for Defendant
Everi Games Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE VALENZUELA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>EVERI GAMES INC.; and DOES 1 to 10,<br><br>Defendants. | Case No: 2:24-cv-00257-MRA-JPRx<br><br>Hon. Mónica Ramírez Almadani<br><br>**JOINT STIPULATION TO MODIFY PRETRIAL SCHEDULING ORDER TO ALLOW FOR MEDIATION** |

1    THIS STIPULATION is entered between Plaintiff Jose Valenzuela ("Plaintiff") and Defendant Everi Games Inc. ("Defendant" or "Everi Games"), by and through their respective counsel of record, and based on the following facts:

1. On September 13, 2023 Plaintiff filed the instant class action complaint in Los Angeles County Superior Court. On January 10, 2024 Defendant removed the case to this Court based on diversity.

2. On February 14, 2024 Plaintiff propounded Interrogatories and Request for Production of Documents on Defendant seeking Class contact information, Class time and pay records and any and all policies, procedures governing Class members' employment.

3. On February 15, 2024 the Court granted Defendant's Motion to Dismiss Plaintiff's First Amended Complaint pursuant to FRCP 12(b)(6) and ordered Plaintiff to file an Amended Complaint by March 4, 2024.

4. On March 4, 2024 Plaintiff filed his Second Amended Complaint.

5. On March 15, 2024 Defendant served their objections to Plaintiff's Interrogatories and Request for Production of Documents. Defendant objected, among others, on the grounds that class discovery—which by its nature will entail significant expense and burden on the part of Everi Games—be stayed until and only if the pleading survives the pleadings stage and the case proceeds to class certification.

6. On March 18, 2023 Defendant filed their Motion to Dismiss Plaintiff's Second Amended Complaint pursuant to FRCP 12(b)(6).

7. On May 3, 2024 the Court issued the Pretrial Scheduling Order (Document 31). The Order set pretrial dates, including—

- Last day to file motion for class certification, October 7, 2024
- Non-expert discovery cutoff, January 31, 2025

- Last date to hear non-discovery motions, April 24, 2025[1]

8. On May 3, 2024 the Court also ordered the Parties to complete private mediation by June 12, 2023, which the Parties understand to be a typo and meant to refer to 2025. (Doc. Nos. 31, 33)

9. On July 17, 2024 the Court denied Defendant's Motion to Dismiss Plaintiff's Second Amended Complaint.

10. Next day, on July 18, 2024, Plaintiff served Defendant with a detailed meet and confer correspondence requesting a prefiling conference of counsel pursuant to Local Rule 37-1 and FRCP 37 to discuss thoroughly Defendant's objections to Plaintiff's Interrogatories and Requests for Production of Documents, Sets One.

11. On July 25, 2024 the Parties attended Local Rule 37-1 conference of counsel. At the conference, the Parties agreed to stay formal discovery and further litigation in lieu of early private mediation in an effort to resolve the case on a class and representative basis. The Parties also committed to exchange certain information, data and documents regarding Plaintiff's class claims in advance of the mediation date.

12. Since then, the Parties have worked diligently to agree on a mediator and mediation dates. The Parties have agreed to proceed with one of two well-known, and very busy, employment class action mediators—either Jeffrey A. Ross, or Paul Grossman. But the Mediators' first availability is in November 2024, and more realistically, in December 2024 or January 2025.

13. The proposed mediation dates conflicts with October 7, 2024, the last day to file motion for class certification, and January 31, 2025, non-expert discovery cutoff.

---

[1] The Order inadvertently states, "April 24, 2024." A couple other dates in the Order have typos – with the year 2024 instead of 2025. Those are also addressed here, at the end of this Stipulation.

14. Given the Court's Order that the Parties complete private mediation and the Parties are committed to mediating their dispute in good faith in an effort to resolve the claims, the Parties wish to devote their time and resources to settlement.

15. So the Parties agree and stipulate and hereby request that the Court modify the Scheduling Order to give them an unfettered opportunity to resolve the entire case in mediation and prevent any unnecessary waste of Court and Parties' resources, all the while preserving the Parties' rights to conduct discovery and file dispositive motions.

Accordingly, IT IS HEREBY STIPULATED by and between the attorneys of record for Plaintiff and Defendant that the following dates and deadlines be set:

1. Last day to Answer Second Amended Complaint is extended to September 6, 2024;
2. Last day to file Motion for Class Certification is continued to May 30, 2025;
3. Non-Expert Discovery Cutoff is continued to September 30, 2025;
4. Initial Expert Disclosure is continued to October 23, 2025;
5. Rebuttal Expert Disclosure is continued to November 20, 2025;
6. Expert Discovery Cut-Off is continued to December 11, 2025;
7. Last Date to Hear Non-Discovery Motions is continued to December 18, 2025;
8. Last Date to Hear Daubert Motions is continued to January 18, 2026;
9. Motions in Limine Filing Deadline is continued to February 18, 2026;
10. Opposition to Motions in Limine Filing Deadline is continued to February 25, 2026;
11. Final Pretrial Conference is continued to March 25, 2026

|   |   |
|---|---|
| | Respectfully Submitted, |
| Dated: September 3, 2024 | PARK APC |
| | */s/ Sang (James) Park* |
| | By:_____ |
| | Sang (James) Park |
| | Attorneys for Plaintiff |
| Dated:  September 3, 2024 | Respectfully submitted, |
| | GLASER WEIL FINK HOWARD JORDAN & SHAPIRO LLP |
| | By:  */s/ Elizabeth A. Sperling* |
| | _____ |
| | Elizabeth A. Sperling<br>Alexander R. Miller<br>Attorneys for Defendant<br>Everi Games Inc. |