SANG (JAMES) PARK, SBN 232956
*sang@park-lawyers.com*
PARK APC
8383 Wilshire Boulevard, Suite 800
Beverly Hills, California 90211
Telephone:   (310) 627-2964
Fax:            (310) 362-8279

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE VALENZUELA, individually and on behalf of all others similarly situated,<br><br>         Plaintiff,<br><br>     vs.<br><br>EVERI GAMES INC.; and DOES 1 to 10,<br><br>         Defendants. | Case No: 2:24-cv-00257-MRA-JPRx<br><br>Hon. Mónica Ramírez Almadani<br><br>**NOTICE OF MOTION AND MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Date:   July 7, 2025<br>Time:   1:30 pm<br>Place:  Courtroom 10B |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on July 7, 2025 at 1:30 pm, in Courtroom 10B of the United States District Court for the Central District of California, located at 350 W. First Street, Los Angeles, CA 90012, Hon. Mónica Ramírez Almadani presiding, Plaintiff Jose Valenzuela ("Plaintiff" or "Class Representative"), as an individual and on behalf of all others similarly situated, and Defendant Everi Games Inc. ("Defendant") (collectively, the "Parties") will, and hereby do, move this Court to:

1.    Preliminarily approve the settlement described in the Joint Stipulation of Class Action Settlement and Release, and Notice of Class Action Settlement attached as Exhibits A and B to the Declaration of Sang (James) Park

2.    Conditionally certify the Settlement Class

3.    Approve distribution of the proposed Notice of Class Action Settlement to the Settlement Class

4.    Appoint Plaintiff as the Class Representative

5.    Appoint PARK APC as Class Counsel

6.    Appoint Phoenix Settlement Administrators as the claims administrator, and

7.    Set a hearing date for final approval of the settlement

This Motion is based on: (1) this Notice of Motion and Motion; (2) the Memorandum of Points and Authorities in Support of Motion for Preliminary Approval of Class Action Settlement; (3) Declaration of Sang (James) Park; (4) the Joint Stipulation of Class Action Settlement and Release; (5) the Notice of Class Action Settlement; (6) the [Proposed] Order Granting Preliminary Approval of Class Action Settlement; (7) the records, pleadings, and papers filed in this action; and (8) such other documentary and oral evidence or argument as may be presented to the Court at or prior to the hearing of this Motion.

1    Respectfully Submitted,

2    Dated: May 27, 2025        PARK APC

3

4                              /s/ Sang (James) Park

5    By:_____

6        Sang (James) Park

7        Attorneys for Plaintiff

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF MOTION AND MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT